### No. 760

### FOSTORIA ELKS HOME CO v. PELTON et al

Ohio Appeals, 3rd Dist., Seneca County

No. 159. Decided Sept. 6. 1924

For fuller statement see Supreme Court Pending Case, 2 Abs. 677.

445. EASEMENTS—1. Easement presumed appurtenant, not in gross.

2. Easement of access reserved by co-tenant grantor in adjoining property conveyed by him passes to successor in title.

HUGHES, J.

#### Epitomized Opinion

Published Only in Ohio Law Abstract

The Fostoria Elks Home Co. brought an action to quiet title to real estate then owned by it. Pelton and others were owners of two adjacent tracts and claimed as appurtenant thereto an easement in the stairway, halls and toilet room located on the property of the Elks. The stairway and halls and toilet room constituted the only means of access for such purposes to both buildings. At one time Seney and McCauley owned all the premises as tenants in common. McCauley conveyed his onehalf interest in two of these tracts to Seney and by apt words created an easement appurtenant to the building in question.

Pelton later acquired these two tracts, the building thereon and now claims an easement

in the building which was purchased by the Elks. In refusing plaintiff relief, the Court of Appeals held:

1. An easement is presumed to be appurtenant and not in gross.

. 2. As the grantor reserved to himself the right to use grantee's premises, he reserved to himself an easement in the building both by reservation and by necessity.

Attorneys—Walter M. Witherspoon, C. A. Guernsey, for Fostoria Elks Home .Co.; Wade & Dillon, for Pelton et al; all of Fostoria.